# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROBERT RENNAKER, as Administrator of the Estate of OLIVIA A. RENNAKER, | )<br>)<br>) |
| Plaintiff, | ) Case No. 20-2165-SAC-GEB |
| vs. | )<br>)<br>) |
| VIRGIL BREWER, *et al.*, | )<br>) |
| Defendants. | )<br>)<br>) |

## PAASCH, SUCHY, AND LEONARD'S MOTION TO STAY DISCOVERY

Defendants Andrew Paasch, Mark Suchy, and Janet Leonard, by and through their counsel of record, Foulston Siefkin LLP, move this Court for an Order staying all pre-trial proceedings, including discovery, until the Court has resolved their pending Motion to Dismiss, which relies on qualified immunity and is fully dispositive of the claims against them.

IN SUPPORT of this Motion and pursuant to D. Kan. R. 7.1(a), said Defendants are contemporaneously filing a Memorandum in Support of their Motion to Stay Discovery.

WHEREFORE, Defendants Andrew Paasch, Mark Suchy, and Janet Leonard respectfully request that this Court grant their Motion to Stay Discovery.

Respectfully submitted,

By: *s/Jeffery A. Jordan*
Jeffery A. Jordan, KS #12574
Kelsey N. Frobisher, KS #26870
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
316-291-9513
866-450-2992 (fax)
Email: jjordan@foulston.com
kfrobisher@foulston.com

*Attorneys for Defendants,*
*Andrew Paasch, Mark Suchy, and Janet Leonard*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 2020, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system that will send notice of electronic filing to all attorneys of record in this case.

<i>s/Jeffery A. Jordan</i>
Jeffery A. Jordan, KS #12574